# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WATERFRONT RENAISSANCE ASSOCIATES,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | **NO. 07-1045** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this 30th day of March, 2010, upon consideration of defendant's motion to dismiss count fifteen of the second amended complaint (Doc. # 125), plaintiff's response thereto (Doc. # 126), and defendant's reply (Doc. # 130), it is hereby

**ORDERED** that the defendant's motion is DENIED.

                                                              BY THE COURT:

                                                               /s/ LAWRENCE F. STENGEL
                                                               LAWRENCE F. STENGEL, J.