# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CMR D.N. CORP. AND MARINA TOWERS LTD. t/a WATERFRONT RENAISSANCE ASSOCIATE, Plaintiff | : : : : : | CIVIL ACTION |
| v. | : : | NO. 07-1045 |
| CITY OF PHILADELPHIA, et al., Defendants | : : | |

## O R D E R

**AND NOW**, this 10th day of March, 2011, upon consideration of plaintiff's motion for leave to supplement complaint (Doc. 182), and all responses, replies, and supplements thereto, it is hereby ORDERED that the motion is GRANTED in part and DENIED in part for the reasons set forth in the accompanying memorandum. Plaintiff shall file a Supplemental Complaint within seven (7) days of the date of this order.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.