IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CMR D.N. CORP. AND MARINA TOWERS LTD. t/a WATERFRONT RENAISSANCE ASSOCIATE, Plaintiff | : : : : : | CIVIL ACTION |
| v. | : : | NO. 07-1045 |
| CITY OF PHILADELPHIA, et al., Defendants | : : | |

**O R D E R**

**AND NOW**, this 10th day of March, 2011, upon consideration of defendant the City of Philadelphia's memorandum dated April 22, 2010 (Doc. 157), plaintiff's brief regarding mootness (Doc. 162), defendant's reply brief in support of suggestion that plaintiff's remaining constitutional claims are moot (Doc. 166), plaintiff's sur-reply to the defendant's reply in support of its suggestion that plaintiff's constitutional claims are moot (Doc. 173), defendant's supplemental memorandum in support of its suggestion that plaintiff's constitutional claims are moot (Doc. 176), plaintiff's response to defendant's supplemental memorandum in support of its suggestion that plaintiff's constitutional claims are moot (Doc. 179), plaintiff's supplemental memorandum opposing the defendant's suggestion that plaintiff's constitutional claims are moot (Doc. 197), and defendant's omnibus memorandum in opposition to plaintiff's supplemental memorandum opposing the city's suggestion that plaintiff's claims are moot and plaintiffs supplement to its motion for leave to supplement complaint (Doc. 198), it is hereby ORDERED that Counts I, VI, VII, and XV of plaintiff's Second Amended Complaint are DISMISSED as moot.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.