IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CMR D.N. CORP. AND MARINA TOWERS LTD. t/a WATERFRONT RENAISSANCE ASSOCIATE, Plaintiff | : : : : : | CIVIL ACTION |
| v. | : : | NO. 07-1045 |
| CITY OF PHILADELPHIA, et al., Defendants | : : | |

## O R D E R

**AND NOW**, this 10th day of March, 2011, upon consideration of the motion for summary judgment of defendants, Old City Civic Association and Rivers Edge Civic Association, pursuant to Federal Rule of Civil Procedure 56 (Doc. # 148), and all responses and replies thereto, it is hereby **ORDERED** that defendants' motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.