IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CMR D.N. CORP. AND MARINA TOWERS LTD. t/a WATERFRONT RENAISSANCE ASSOCIATE, Plaintiff | : : : : : | CIVIL ACTION |
| v. | : : | NO. 07-1045 |
| CITY OF PHILADELPHIA, et al., Defendants | : : | |

### O R D E R

**AND NOW**, this 10th day of March, 2011, in accordance with my Order granting the motion for summary judgement of defendants Old City Civic Association and Rivers Edge Civic Association, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered on behalf of the defendants Old City Civic Association and Rivers Edge Civic Association and against the plaintiff.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.