IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CMR D.N. CORP. AND MARINA TOWERS LTD. T/A WATERFRONT RENAISSANCE ASSOCIATES, Plaintiffs | : CIVIL ACTION : : : : No. 07-1045 |
| v. | : : |
| CITY OF PHILADELPHIA, et al., Defendants | : : |

## ORDER

AND NOW, this 4th day of November, 2011, upon careful consideration of the Defendant's Motion for Summary Judgment (Doc. #223) and the Plaintiff's Motion for Partial Summary Judgment (Doc. #224) and all responses thereto it is hereby ORDERED that:

1. The Defendant's Motion for Summary Judgment is GRANTED;

2. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.