IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CMR D.N. CORP. AND MARINA TOWERS LTD. T/A WATERFRONT RENAISSANCE ASSOCIATES,<br>Plaintiffs<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>Defendants | CIVIL ACTION<br><br>No. 07-1045 |

ORDER

AND NOW, this 4th day of November, 2011, upon careful consideration of the Defendant's Motion for Summary Judgment (Doc. #223) and the Plaintiff's Motion for Partial Summary Judgment (Doc. #224) and all responses thereto it is hereby ORDERED that:

1. The Defendant's Motion for Summary Judgment is GRANTED;

2. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.